RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for
DEMITRUS LEE TELLIS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DEMITRUS LEE TELLIS, <br><br> Defendant. | 2:12-cr-176-LDG-PAL <br><br> **UNOPPOSED MOTION TO WITHDRAW THE MOTION TO SUPPRESS EVIDENCE BASED ON FOURTH AMENDMENT VIOLATIONS** |

COMES NOW the defendant, DEMITRUS LEE TELLIS, by and through his counsel of record, BRENDA WEKSLER, Assistant Federal Public Defender, who files this Motion to Withdraw The Motion to Suppress Evidence Based on Fourth Amendment Violations [Evidentiary Hearing Requested] (#30). This motion is based upon the attached Memorandum of Points and Authorities and all of the papers and pleadings on file herein.

DATED this 6th day of February, 2013.

RENE L. VALLADARES
Federal Public Defender

By /s/ Brenda Weksler
BRENDA WEKSLER,
Assistant Federal Public Defender

1

## MEMORANDUM OF POINTS AND AUTHORITIES

## FACTUAL BACKGROUND

On December 3, 2012, a Motion to Suppress Evidence for Fourth Amendment Violation was filed in the instant case. A Superseding Information (#44) and Plea Agreement (#46) were filed during the Change of Plea Hearing held on February 5, 2013, rendering the motion and evidentiary hearing unnecessary. Mr. Tellis, through his attorney of record, BRENDA WEKSLER, hereby respectfully requests that this court withdraw his Motion to Suppress Evidence for Fourth Amendment Violation.

Respectfully submitted,

By: /s/ Brenda Weksler
BRENDA WEKSLER
Assistant Federal Public Defender

IT IS SO ORDERED this 7th day of February, 2013.

Peggy A. Leen
United States Magistrate Judge

CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that I am an employee of the Law offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on February 6, 2013, I served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO WITHDRAW THE MOTION TO SUPPRESS EVIDENCE BASED ON FOURTH AMENDMENT VIOLATIONS** by electronic service (ECF) to the person named below:

>DANIEL G. BOGDEN
>United States Attorney
>PHILLIP N. SMITH, JR.
>Assistant United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, Nevada 89101

/s/ Nancy Vasquez
Senior Legal Assistant to,
BRENDA WEKSLER
Assistant Federal Public Defender